```
                IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                        : Chapter 13


     Tailinh F Agoyo               : Case No. 18-17456-ELF
      and
     Herman  Agoyo
          Debtor(s)
```

NOTICE OF PRAECIPE TO CHANGE ADDRESS

    Pursuant to the above-captioned matter, kindly mark the court record of the debtors' new address as follows:

**1734 North Lambert Street**
**Philadelphia, PA 19121**

                                           /s/ David M. Offen
                                           David M. Offen, Esquire
                                           Curtis Center, 1st Fl., Ste 160 W
                                           601 Walnut Street
                                           Philadelphia, PA 19106
                                           215-625-9600

Dated:  January 10, 2022