# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In RE:** TAILINH F AGOYO

       HERMAN  AGOYO

       **: CHAPTER 13**

       **:**

       **:  BANKRUPTCY NO.**  18-17456-ELF

       **:**

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

       Respectfully submitted,

**1/20/2022**

       /s/ KENNETH E. WEST

       KENNETH E. WEST, Esquire
       Chapter 13 Standing Trustee
       P.O. Box 40837
       Philadelphia PA 19107
        Phone: 215-627-1377