United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tailinh F Agoyo  
Herman Agoyo  
    Debtors

Case No. 18-17456-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tailinh F Agoyo, Herman Agoyo, 1734 North Lambert Street, Philadelphia, PA 19121-3005 |
| 14227819 | | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14227820 | + | Bay Area Credit Service, P.O. Box 467600, Atlanta, GA 31146-7600 |
| 14227824 | + | CBF Serv Farmington, 509 E 20th St, Farmington, NM 87401-2149 |
| 14248788 | + | COBBLESTONE KIDS PEDIATRIC DENTISTRY, RA Rogers Inc, Po Box 3302, Crofton, MD 21114-0302 |
| 14227826 | | Co-Debtor, Same as on Petition |
| 14227827 | # | Conshohocken Eye & Laser Center, 101 West Elm Street, Suite 340, Conshohocken, PA 19428-2075 |
| 14227830 | + | Greater Philadelphia Health Action Inc, 1401 South 31st Street, Philadelphia, PA 19146-3506 |
| 14227833 | | Laboratory Corp. of America Holdings, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14227837 | | New Mexico Gas Company, PO Box 173341, Denver, CO 80217-3341 |
| 14227839 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14227840 | | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14227841 | | Pennsylvania Hospital PP, PO Box 824406, Philadelphia, PA 19182-4329 |
| 14227845 | | Ringpfeil Advanced Dermatology, 569 W Lancaster Avenue, Haverford, PA 19041-1416 |
| 14227846 | | Society Hill Anesthesia Consultants PA, PO Box 414853, Boston, MA 02241-4853 |
| 14227847 | | Southwest Credit Systems, LP, PO Box 650543, Dallas, TX 75265-0543 |
| 14255111 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14439958 | + | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14440413 | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14227849 | | Transworld Systems Inc., P.O. Box 15095, Wilmington, DE 19850-5095 |
| 14227850 | | United Collection Bureau, Inc., P.O. Box 1116, Maumee, OH 43537-8116 |
| 14227851 | | Violations Processing Center, P.O. Box 15186, Albany, NY 12212-5186 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 22 2022 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 22 2022 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14227816 | + | Email/Text: aargon@ebn.phinsolutions.com | Jan 22 2022 00:02:00 | Aargon Agency, Attn: Bankruptcy Department, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 14227817 | | Email/Text: kristin.villneauve@allianceoneinc.com | Jan 22 2022 00:02:00 | AllianceOne, Inc., P.O. Box 3111, Southeastern, PA 19398-3111 |

Case 18-17456-elf    Doc 68    Filed 01/23/22    Entered 01/24/22 00:27:53    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14227818 | + | Email/Text: banko@acsnv.com | Jan 22 2022 00:02:00 | Allied Collection Services, 3080 South Durango Drive, Suite 208, Las Vegas, NV 89117-9194 |
| 14257026 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2022 00:04:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14227821 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2022 00:04:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14240424 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2022 00:04:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14227825 | + | Email/Text: bankruptcy@philapark.org | Jan 22 2022 00:02:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14227828 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 22 2022 00:02:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14227829 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 22 2022 00:02:00 | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 551268, Jacksonville, FL 32255-1268 |
| 14227832 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2022 00:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14233799 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2022 00:04:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14227834 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jan 22 2022 00:02:00 | Medicredit Inc., Po Box 1629, Maryland Heights, MO 63043-0629 |
| 14284616 | | Email/Text: TRD-bankruptcyunit@state.nm.us | Jan 22 2022 00:02:00 | NM Taxation & Revenue Dept, PO Box 8575, Albuquerque NM 87198-8575 |
| 14227838 | + | Email/Text: TRD-bankruptcyunit@state.nm.us | Jan 22 2022 00:02:00 | New Mexico Taxation and Revenue Dept., 5301 Central Avenue NE, PO Box 8485, Albuquerque, NM 87198-8485 |
| 14227842 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2022 00:04:42 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14259606 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2022 00:04:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14243491 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14227844 | + | Email/Text: bankruptcy@rarogersinc.com | Jan 22 2022 00:02:00 | R.A. Rogers, Inc., P.O. Box 3302, Crofton, MD 21114-0302 |
| 14248787 | + | Email/Text: bankruptcy@rarogersinc.com | Jan 22 2022 00:02:00 | RA Rogers INC, PO BOX 3302, Crofton, MD 21114-0302 |
| 14227848 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 22 2022 00:02:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 14255111 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 22 2022 00:02:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14227850 | | Email/Text: BAN1116@UCBINC.COM | Jan 22 2022 00:02:00 | United Collection Bureau, Inc., P.O. Box 1116, Maumee, OH 43537-8116 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14227822 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14227823 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 18-17456-elf    Doc 68    Filed 01/23/22    Entered 01/24/22 00:27:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: 138OBJ | Total Noticed: 44 |

| | | |
|---|---|---|
| 14227831 | *+ | Greater Philadelphia Health Action Inc, 1401 South 31st Street, Philadelphia, PA 19146-3506 |
| 14227835 | *+ | Medicredit Inc., Po Box 1629, Maryland Heights, MO 63043-0629 |
| 14227836 | *+ | Medicredit Inc., Po Box 1629, Maryland Heights, MO 63043-0629 |
| 14227843 | ## | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Herman Agoyo dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Tailinh F Agoyo dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Tailinh F Agoyo and Herman Agoyo
        Debtor(s)

Case No: 18−17456−elf
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/21/22

67 − 66
Form 138OBJ